### COOKE v. KUTIN et al.

No. 27408.    Opinion Filed Dec. 1, 1936.

Rehearing Denied Jan. 9, 1937.

Application for Leave to File Second Petition for Rehearing Denied Feb. 2, 1937.

Shirk, Danner & Earnheart, Charles Swindall, and J. H. Jarman, for plaintiff in error.

Howard B. Hopps, for defendants in error.

OSBORN, V. C. J. It is conceded by the parties that the issues of law and fact in this case are identical with the issues involved in the case of Charles B. Cooke v. John B. Kinkead et al., 179 Okla. 147, 64 P. (2d) 682, this day decided by this court, and that the opinion of the court in that case is controlling of the issues involved in this case.

Accordingly, the judgment is affirmed.

BUSBY, WELCH, PHELPS, and CORN, JJ., concur.

McNEILL, C. J., and RILEY, BAYLESS, and GIBSON, JJ., dissent.